IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01402-RPM-MJW

JULIE RUSTER-PRICE,

     Plaintiff,

v.

EOS CCA,

     Defendant.
_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal [13] filed on November 30, 2010, it is

ORDERED that this action is dismissed with prejudice and without costs to any party.

DATED: December 1st, 2010

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge